Anna Sortun, OSB No. 045279
  Direct:  503.802.2107
  Email:  anna.sortun@tonkon.com
Eric Beach, OSB No. 105783
  Direct:  503.802.2182
  Email:  eric.beach@tonkon.com
Lauren Bernton, OSB No. 163439
  Direct: 503.802.2144
  Email:  lauren.bernton@tonkon.com
Tonkon Torp LLP
888 SW Fifth Ave., Suite 1600
Portland, OR 97204
Facsimile:  (503) 274-8779

   *Attorneys for Plaintiff, Fourth-Party Defendant,
   and Fifth Party Plaintiff Rex Stevens*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

(PORTLAND DIVISION)

| | |
|---|---|
| REX STEVENS, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>URBAN FT, INC., a Delaware corporation, and iPARSE, LLC, an Oregon limited liability company,<br><br>    Defendants. | Case No. 3:22-cv-00952-SI<br><br>STIPULATED GENERAL JUDGMENT AND MONEY AWARD |
| UFT (NORTH AMERICA), LLC, a Delaware limited liability company,<br><br>    Fourth-Party Plaintiff,<br><br>    v. | |

| |
|---|
| REX STEVENS, an individual, <br><br>    Fourth-Party Defendant. |
| REX STEVENS, an individual, <br><br>    Fifth-Party Plaintiff, <br><br>v. <br><br>URBAN FT GROUP, INC., a Delaware corporation; FINTECH IMAGING SOLUTIONS, INC., a Delaware corporation; URBAN FT CLIENT SOLUTIONS, LLC, a Delaware limited liability company; UFT PROFESSIONAL SERVICES, LLC, a Delaware limited liability company; RICHARD STEGGALL, an individual, <br><br>    Fifth-Party Defendants. |

This matter, having come before the Court upon the stipulation of parties hereto as indicated by their signatures below and it appearing to the Court that good cause appears for the entry of this general judgment, and it further appearing that there is no just reason for delay, the Court having considered the stipulation and being otherwise further advised; it is now therefore:

ORDERED AND ADJUDGED that Plaintiff, Fourth-Party Defendant, and Fifth-Party Plaintiff Rex Stevens ("Stevens") shall hereby have a judgment against Defendants Urban FT, Inc. and iParse, LLC, and Fourth-Party Plaintiff UFT (North America), LLC, and Fifth-Party Defendants Urban FT Group, Inc., FinTech Imaging Solutions, Inc., Urban FT Client Solutions, LLC, UFT Professional Services, LLC, and Richard Steggall as follows:

1. Stevens is awarded $2,500,000.00

2. Stevens is awarded post-judgment interest on the Paragraph 1 above at the rate set out in ORS 82.010 of 9% per annum from entry of judgment until paid;

## MONEY AWARD

| | | |
|---|---|---|
| 1. | a. Name and address of award creditor: | Rex Stevens<br>c/o<br>Lauren Bernton, OSB No. 163439<br>Tonkon Torp LLP<br>888 SW Fifth Avenue, Suite 1600<br>Portland, Oregon 97204<br>503.802.2144 |
| | b. Name, address, telephone number and OSB number of award creditors' Oregon attorney: | Lauren Bernton, OSB No. 163439<br>Tonkon Torp LLP<br>888 SW Fifth Avenue, Suite 1600<br>Portland, Oregon 97204<br>503.802.2144 |
| 2. | a. Award debtors: | Defendants Urban FT, Inc. and iParse, LLC, and Fourth-Party Plaintiff UFT (North America), LLC, and Fifth-Party Defendants Urban FT Group, Inc., FinTech Imaging Solutions, Inc., Urban FT Client Solutions, LLC, UFT Professional Services, LLC, and Richard Steggall |
| | b. Last known address for award debtors: | 400 Spectrum Center Drive Suite 1900<br>Irvine, California 92618 |
| | c. Award debtor's date of birth, Social Security number, and driver's license information: | UNKNOWN (NOT PROVIDED BY DEBTOR) |
| | d. Award debtor's attorney: | Thomas C. Sand, OSB No. 773322<br>Joseph Vance, P.C., OSB No. 991320<br>Katherine Bennett, OSB No. 221482<br>Miller Nash LLP<br>111 SW Fifth Ave., Suite 3400<br>Portland, OR 97204<br>Phone: 503.224.5858 |

| | |
|---|---|
| 3. There is no known person or public body (other than award creditor's attorney) entitled to any portion of a payment made on the award. | None Known |
| 4. Principal amount of award: | $2,500,000.00 |
| 5. Pre-award interest: | None |
| 6. Post-award interest: | 9% per annum |
| 7. Attorney Fees | To be determined pursuant to ORCP 68 |

DATED this 23rd day of February, 2024.

                                                /s/ *Michael H. Simon*
                                                United States District Judge

IT IS SO STIPULATED June 5, 2023~~May 25, 2023~~.

**REX STEVENS**, individually, individually and as a member representative for the former iParse, LLC members, inclusive of Judy Stevens, Chris Tilt, Jeff Peiffer, and Kayla Hinz,

By: _____

Date: _____

**RICHARD STEGGALL**

By: _[signature]_____

Date: 06/13/2023

**iPARSE, LLC**

By: _[signature]_____

Its: Authorized Representative

Date: 06/13/2023

**URBAN FT GROUP, INC**

By: _[signature]_____

Its: _____

Date: _____

**URBAN FT, INC**

By: _[signature]_____

Its: Authorized Officer

Date: 06/13/2023

**UFT (NORTH AMERICA), LLC**

By: _[signature]_____

Its: Authorized Representative

Date: 06/13/2023

**FINTECH IMAGING SOLUTIONS, INC**

By: _[signature]_____

Its: _____

Date: _____

| URBAN FT CLIENT SOLUTIONS, LLC | UFT PROFESSIONAL SERVICES, LLC |
|---|---|
| By: *Nikhil Shanka* (signature) | By: *Nikhil Shanka* (signature) |
| Its: Authorized Representative | Its: Authorized Representative |
| Date: 06/16/2023 | Date: 06/16/2023 |

039528\00001\14297180v1